

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10007*

April 21, 2026

**<u>By ECF</u>**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   ***United States v. Oluwaseun Adelakan,***
> **19 Cr. 291 (LAP)**
> **24 Civ. 8303 (LAP)**

Dear Judge Preska:

The Government writes to request an adjournment *nunc pro tunc* of its deadline to respond to defendant Oluwaseun Adelakan's *pro se* January 8, 2026 motion pursuant to 28 U.S.C. § 2255 (the "Motion"), from April 13, 2026, to May 21, 2026.

On January 15, 2026, the defendant filed the Motion, which appears to have been simultaneously docketed both in criminal case 19 Cr. 291 (LAP) (the "Criminal Docket"), ECF No. 826, and in a new civil case, 26 Civ. 495 (LAP) (the "Civil Docket"), ECF No. 1. Government attorneys listed as counsel of record on the Criminal Docket received notice of the Motion through their participation in the criminal case.

On February 11, 2026, this Court issued an order (the "Order"), which appears to have been filed only on the Civil Docket. The Order directed the Government to respond to the Motion within 60 days—*i.e.*, on April 13, 2026. *See* Civil Docket ECF No. 12. The Government attorneys responsible for the criminal matter did not receive notice of the Order through notifications connected to the Civil Docket because those attorneys were not listed as counsel on the Civil Docket. And although the Order directed the Clerk of Court to "electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that [the] Order has been issued," the Government attorneys responsible for the criminal matter do not believe they ever received such notification from the Clerk of Court. *Id.* Rather, those Government attorneys first learned of the Order earlier today, upon reviewing correspondence from the defendant that referenced the Order and the deadlines imposed by it.

Accordingly, because the Government did not learn of the Order until earlier today, it respectfully requests the Court adjourn the Government's deadline to respond to the Order to May

Honorable Loretta A. Preska
Page 2 of 2

21, 2026 (30 days from today), and to correspondingly adjourn the defendant's deadline to file any reply to 30 days from the date on which the defendant is served with the Government's response.

Respectfully Submitted,

JAY CLAYTON
United States Attorney

By: /s/ _____

Daniel H. Wolf / Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2337 / 2198

cc:    All Counsel (by ECF)
       Oluwaseun Adelekan (by mail)

SO ORDERED.

_____
Loretta A. Preska
United States District Judge

April 23, 2026